# IN THE SUPREME COURT OF TEXAS

No. 15-0966

STEVEN GREGORY SLOAT, ED BRYAN, CHURCH OF SCIENTOLOGY INTERNATIONAL, DAVID J. LUBOW AND MONTY DRAKE, PETITIONERS

v.

MONIQUE RATHBUN, RESPONDENT

ON PETITION FOR REVIEW

**ORDERED:**

1.      The unopposed motion for limited lift of stay, filed April 27, 2016, is granted.

2.      The Court lifts the stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code, in Cause No. C-2013-1082B, styled *Monique Rathbun v. David Miscavige, Religious Technology Center, Church of Scientology International, Steven Gregory Sloat, Monty Drake*, *Dave Lubow a/k/a David J. Labow, and Ed Bryan* in the 207th District Court of Comal County, Texas, for the limited purpose of allowing Monique Rathbun to file and have heard a motion to dismiss the lawsuit in the 207th District Court.

Done at the City of Austin, this May 6th, 2016.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY YAIRA TORRES, DEPUTY CLERK